UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 06-0207 (JDB) |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS
### AND SETTING INITIAL CONFERENCE

Upon consideration of defendants' motion to dismiss, the memoranda of the parties, applicable law, and the entire record herein, and for the reasons set forth fully in the Memorandum Opinion issued on this date, it is this twenty-sixth day of June, 2006, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that the initial scheduling conference in this matter is set for July 26, 2006 at 9:00 a.m. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend. Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.

Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

        /s/ John D. Bates
        JOHN D. BATES
        United States District Judge

Copies to:

Jude Chinedu Iweanoge
THE IWEANOGES' FIRM
1010 Vermont Avenue, NW
Suite 600
Washington, DC 20005
(202) 347-7026
Email: jci@iweanogesfirm.com
    *Counsel for plaintiffs*

Maria L. Merkowitz
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor, South
Washington, DC 20001
(202) 442-9842
Fax: (202) 727-3625
Email: maria.merkowitz@dc.gov
    *Counsel for defendants*