UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| T.T., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06 – 0207 (JDB) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION TO RE-SCHEDULE THE INITIAL SCHEDULING CONFERENCE SET FOR JULY 26, 2006.**

The defendants, by and through counsel, and with the consent of plaintiffs' counsel, respectfully move this honorable Court to reschedule the Initial Scheduling Conference currently scheduled for July 26, 2006, at 9:00 a.m. on the grounds that the undersigned counsel will be out of the country on that date. The parties propose the following three alternative dates: August 8, 9 and 10, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of Columbia

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
Email – maria.merkowitz@dc.gov

June 28, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T., *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06 – 0207 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6-South
Washington, DC 20001
(202) 442-9842
FAX  727-3625
Email-maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06 – 0207 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion to re-schedule the Initial Scheduling Conference set for July 26, 2006, and the entire record herein, it is this _____ _____ day of _____ 2006, hereby

ORDERED, that the Defendants' Motion is granted.

_____
United States District Court Judge