UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T. et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　　Defendants. | Civil Action No. 06-207 (JDB) |

## SCHEDULING ORDER

Pursuant to the Status Conference held with the Court on August 8, 2006, and upon consideration of the entire record herein, it is this ninth day of August, 2006, hereby **ORDERED** as follows:

1. Defendants shall file the Administrative Record with the Court by not later than September 20, 2006; and

2. Plaintiffs' motion for summary judgment is due by not later than October 20, 2006, and defendants' opposition (or cross-motion) shall be filed by not later than November 20, 2006, with any replies due by not later than December 5, 2006.

　　　　　　　　　　　　　　　　　　　/s/    John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　John D. Bates
　　　　　　　　　　　　　　　　　　　United States District Judge

*Copies to*:

Jude Chinedu Iweanoge
THE IWEANOGES' FIRM
1010 Vermont Avenue, NW
Suite 600
Washington, DC 20005
(202) 347-7026
Email: jci@iweanogesfirm.com
    *Counsel for plaintiffs*


Maria L. Merkowitz
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor, South
Washington, DC 20001
(202) 442-9842
Fax: (202) 727-3625
Email: maria.merkowitz@dc.gov
    *Counsel for defendants*