UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T. T. a minor, by his mother and next friend, Norma E. Gales ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 06-207 (JDB) |
| District of Columbia, et al. ) ) | |
| Defendants. ) ) | |

## ADMINISTRATIVE RECORD

A paper copy of the administrative record in the above captioned case is being submitted to the Clerk of the Court and is available for review.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General

441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625

September 20, 2006