UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **T.T., et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    **Defendants.** | Civil Action No. 06-0207 (JDB) |

## ORDER

Upon consideration of [12] plaintiffs' motion for summary judgment, [14] defendants' cross-motion for summary judgment, and the administrative record, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 23rd day of July, 2007, hereby

**ORDERED** that plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that defendants' cross-motion for summary judgment is **GRANTED**, and judgment is entered for defendants on Counts II and III of the Complaint and on the portion of Count I alleging a violation of the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400-1482 (Supp. 2007); and it is further

**ORDERED** that the portion of Count I alleging a violation of the Rehabilitation Act, 29 U.S.C. § 794, is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**SO ORDERED**.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                            United States District Judge

Dated:   July 23, 2007